# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELEKTA LTD., a United Kingdom company, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. _____ |
| v. | ) |
| | ) |
| VARIAN MEDICAL SYSTEMS, INC., | ) **JURY TRIAL DEMANDED** |
| a Delaware corporation, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Elekta Ltd. ("Plaintiff" or "Elekta"), by and through its undersigned counsel, alleges as follows:

## NATURE OF THE ACTION

1. This action seeks to redress defendant Varian Medical Systems, Inc.'s ("Defendant" or "Varian") infringement of Elekta's U.S. Patent No. 7,961,843 ("the '843 Patent"). As pled below, Varian has infringed and continues infringing the '843 Patent through its TrueBeam™ Radiotherapy System and its equivalent products sold under different names[1] ("TrueBeam") and VitalBeam™ Radiotherapy System ("VitalBeam"), and any substantially equivalent product, whether used alone or with Varian's 4pi technology, and through Varian's treatment planning software, the Eclipse™ Treatment Planning System including RapidArc® Radiotherapy Technology ("RapidArc").

---

[1] Elekta is informed and believes and therefore alleges that from as early as July 18, 2010, Varian has offered to sell and has sold its TrueBeam apparatus in several packages and sometimes using different names. Because such apparatuses are essentially the same TrueBeam apparatus, no matter how outfitted or named, all are included as "TrueBeam" for purposes of this Complaint.

## THE PARTIES

2.     Elekta is a foreign entity organized and existing under the laws of the United Kingdom, with a principal place of business at Linac House, Fleming Way, Crawley, West Sussex RH10 9RR, United Kingdom.  Elekta Ltd. is a subsidiary of Elekta AB, Stockholm, Sweden, a pioneering biomedical-engineering company that has developed significant innovations and clinical solutions for treating cancer and brain disorders since its founding in 1972.  The Elekta companies develop state-of-the-art tools and treatment planning systems for radiation therapy, including brachytherapy and radiosurgery, and workflow enhancing software systems across the spectrum of cancer care.

3.     Varian is a corporation organized and existing under the laws of the State of Delaware with a principal place of business at 3100 Hansen Way, Palo Alto, California.  Varian's registered agent for service is Corporation Service Company, 2711 Centerville Road Suite 400, Wilmington, Delaware 19808.

## JURISDICTION AND VENUE

4.     The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.     A Delaware corporation, Varian is subject to the Court's general personal jurisdiction.

6.     Venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and 1400 because Varian is incorporated and subject to personal jurisdiction in this District, and because it has committed acts of patent infringement and/or contributed to or induced acts of patent infringement by others in this District.

## BACKGROUND

### ELEKTA'S PATENTED TECHNOLOGY

7. Elekta devotes a substantial amount of its business to oncology treatment research and development ("R&D"). Elekta R&D is responsible for innovating many of the critical technological advances in radiotherapy cancer treatment over the past thirty years. Elekta's R&D innovations include treatment delivery systems, such as its Versa HD™, Axesse™, Infinity™, and Synergy® Linear Accelerator Systems, and treatment solutions, such as techniques for volumetric modulated arc radiotherapy (VMAT) and related software systems.

8. Elekta seeks to protect its innovations by applying for patent protection when possible and appropriate. For example, the '843 Patent protects Elekta's Versa HD™, Axesse™, Infinity™, and Synergy® Linear Accelerator Systems, as well as Elekta's Monaco™ with VMAT treatment planning solutions.

9. Elekta employees Kevin Brown, Ralph Streamer, Paul Boxall, and Duncan Bourne (collectively the "named inventors") filed an application for the '843 Patent on April 27, 2006. On June 14, 2011, after fully examining the application, the United States Patent and Trademark Office ("USPTO") duly issued the '843 Patent, entitled "Radiotherapeutic Apparatus." A true and correct copy of the '843 Patent is attached as Exhibit A.

10. Elekta is the record assignee and owner of all right, title, and interest in the '843 Patent, including the rights to sue, recover damages and obtain equitable relief for the patent's infringement.

### VARIAN'S RADIOTHERAPY SYSTEMS AND TREATMENT PLANNING SOFTWARE

11. The facts chronicled below show that Varian makes, uses, sells, and offers to sell in the U.S. products that infringe one or more claims of the '843 Patent. Varian's infringing

products are TrueBeam (top photo below) and VitalBeam (bottom photo below), with and without Varian's 4pi technology, and RapidArc (collectively the "Accused Products").



Varian's TrueBeam



Varian's VitalBeam

12. TrueBeam and VitalBeam generally work by delivering therapeutic radiation to specific regions of a patient's body. Radiation is beamed from a source traveling along an arc-shaped path according to a treatment plan. In delivering radiation according to the treatment

plan, TrueBeam and VitalBeam can, among other things, adjust the rotational speed of the gantry and the delivery dose rate to minimize the time of treatment for the particular treatment plan.

13.     According to Varian, its 4pi (or 4π) "approach to treatment exploits specific capabilities of the TrueBeam® platform to deliver more compact radiation doses that can fully saturate a targeted tumor and 'all off' sharply outside the target zone, minimizing and, where necessary, even eliminating dose to specific organs requiring more protection."

14.     RapidArc is Varian's radiotherapy treatment planning system software. It produces radiotherapy treatment plans for use with Varian linear accelerator delivery platforms including TrueBeam and VitalBeam. RapidArc uses an algorithm to determine the treatment aperture shape (*i.e.*, beam size), the rotational speed of the gantry, and the delivery dose rate to minimize the time of treatment. According to Varian's promotional materials, "RapidArc radiotherapy technology is a major advance from Varian Medical Systems that improves dose conformality while shortening treatment times. RapidArc is available for Varian linear accelerators including the Edge™, TrueBeam®, Trilogy® and many Clinac® linear accelerators. RapidArc uses a dynamic multileaf collimator (MLC), variable dose rate, and variable gantry speed to generate [Intensity Modulated Radiation Therapy]-quality dose distributions."

15.     Varian claims to have provided training and instructional materials to use the Accused Products to "thousands of, physicists, dosimetrists, physicians, radiation therapists and administrative personnel at customers' clinics and key Varian education centers worldwide." Indeed, Varian actively promotes its on-site and classroom training for the Accused Products. The U.S. training courses that it provides for Accused Products include "EC102 Eclipse Inverse Planning: IMRT and RapidArc (v13);" "EC112 Eclipse Inverse Planning: RapidArc Only (v13);" "EC202 Eclipse Commissioning II: IMRT and RapidArc;" "TB100 TrueBeam

Operations with Imaging Foundations;" "TB101 TrueBeam Operations;" and "TB201 TrueBeam for Physicists."

16. Varian offers for sale, sells, and/or uses the Accused Products throughout the United States, including in this District.

### VARIAN'S EXISTING KNOWLEDGE ABOUT THE '843 PATENT

17. Varian has known about the '843 Patent since at least April 20, 2014. On that date the USPTO sent Varian official correspondence regarding Varian's U.S. patent application No. 13/676,370, directed toward the use of radiotherapy to treat moving targets.[2] The USPTO correspondence expressly referenced the '843 Patent, providing Varian with actual knowledge of the patent as of that date.

18. In addition, Elekta told Varian in Spring 2015 that the Accused Products infringe the '843 Patent. Consequently, Varian has known since at least then that it would be infringing the '843 Patent by making, using, selling, or offering to sell the Accused Products.

19. Despite its actual knowledge of the '843 Patent, Varian continues its infringement. Its actions belie any intention of ceasing its infringement or seeking a license to the '843 Patent from Elekta.

### CLAIM FOR RELIEF

#### INFRINGEMENT OF THE '843 PATENT [35 U.S.C. § 271(a)]

20. Elekta re-alleges each and every allegation set forth in the preceding paragraphs.

21. As detailed in the following paragraphs, Varian has infringed, and continues its infringement under 35 U.S.C. § 271(a) of at least claims 1, 6 and 7 of the '843 Patent (the

---

[2] The application issued as U.S. Pat. No. 8,744,045, on June 3, 2014.

"Asserted Claims"), either literally or under the doctrine of equivalents, by making, using, selling, or offering to sell the Accused Products in the United States without license or authority.

### *Varian Infringes Claim 1 with TrueBeam and VitalBeam*

22. Varian's TrueBeam and VitalBeam meet the limitations of – and thus infringe – claim 1 because each includes:

    a. A radiotherapeutic apparatus with a source able to emit a beam of therapeutic radiation along a beam axis;

    b. A source that is rotatable about a rotation axis that is substantially orthogonal to and intersects with the beam axis to describe an arc around the rotation axis;

    c. A multi-leaf collimator ("MLC") arranged to collimate the beam to a desired shape;

    d. A controller able to control (i) the dose/time rate of the source, (ii) rotation speed of the source, and (iii) a position of the multi-leaf collimator;

    e. Where the controller is arranged to receive a treatment plan in which the arc is divided into a plurality of arc-segments, and the treatment plan specifies a total dose for an arc-segment and start and end MLC positions;

    f. Where the controller is arranged to control the source in accordance with the treatment plan over each arc-segment by calculating the total time required for the arc-segment for a plurality of factors, including (i) MLC leaf movement from a prescribed position at the start of the arc-segment to a prescribed position at the end of the arc-segment, at a maximum leaf speed; (ii) rotation of the source from the start to the end of the arc-segment at a maximum source rotation speed; and (iii) delivery of the dose at a maximum dose rate per time; and

      g.      Where the controller can select a factor that dictates a longest time, and control the Accused Product so that this factor operates at its respective maximum and the remaining factors are operated at a reduced rate selected to match the longest time.

23.      Varian has infringed and continues to infringe these claims by making, using, selling, and offering to sell TrueBeam and VitalBeam in the U.S.

24.      For example, on October 1, 2011, Varian provided Bayhealth Medical Center in Dover with a TrueBeam System, becoming the first clinic in Delaware to install TrueBeam, with Eclipse with RapidArc.

***Varian Infringes Claim 6 with TrueBeam / VitalBeam + 4pi Technology***

25.      TrueBeam with 4pi Technology and VitalBeam with 4pi Technology each meets the limitations of, and thus infringes, claim 6 because each:

      a.      Is a radiotherapeutic apparatus according to claim 1, as explained above;

      b.      Is arranged to monitor the dose actually delivered during a treatment and the actual position of the patient positioning system;

      c.      Compares the dose actually delivered during a treatment and the actual position of the patient positioning system to the treatment plan; and

      d.      Servos the position of the patient positioning system and or the dose rate so that the actual relationship between delivered dose and patient positioning system position corresponds substantially to the treatment plan.

26.      Varian has infringed and continues to infringe these claims by making, using, selling, and offering to sell TrueBeam with 4pi technology and VitalBeam with 4pi technology in the U.S.

27.      For example, Varian has provided and used the 4pi technology at UCLA.

*Varian Infringes Claim 7 with RapidArc*

28. RapidArc meets the limitations of, and thus infringes, claim 7 because it is:

    a. A treatment planning apparatus, for a radiotherapeutic apparatus of the type comprising

        i. a source able to (a) emit a beam of therapeutic radiation along a beam axis and (b) rotate about a rotation axis that with the beam axis thereby to describe an arc around the rotation axis,

        ii. a multi-leaf collimator arranged to collimate the beam to a desired shape and

        iii. a control means able to control dose rate of the source, rotation of the source, and the multi-leaf collimator;

    b. The treatment planning apparatus being arranged to divide the arc into a plurality of arc-segments and to prepare a treatment plan which includes

        i. A first arc-segment adapted to deliver a first specified dose during which the source rotates a first specified angle and the multi-leaf collimator changes shape at a first specified rate per degree;

        ii. And a second arc segment adapted to deliver a second specified dose during which the source rotates a second specified angle and the multi-leaf collimator changes shape at a second specified rate per degree;

        iii. Such that at least the first and second specified rates per degree differ as between the first and second arc-segments.

29. As the facts above show, TrueBeam and VitalBeam are each "a radiotherapeutic apparatus of the type" described in subparagraph a immediately above. The facts above also show that RapidArc can be and is used to "produce[] radiotherapy treatment plans for use with" TrueBeam and VitalBeam that have the features identified in subparagraphs b-e immediately above.

30. Varian has infringed and continues to infringe claim 7 by making, using, selling, and offering to sell RapidArc in the U.S.

31. For example, Medical Physics Services LLC commissioned the following Accused Products from Varian for hospitals and clinics in the U.S.:

| Clinic | Location | Varian Products Commissioned |
| --- | --- | --- |
| Alan B. Pearson Regional Cancer Center | Lynchburg, VA | TrueBeam with Eclipse, IMRT, Rapid Arc, and Portal Dosimetry |
| Fresno Cancer Center | Fresno, CA | TrueBeam with Eclipse, Rapid Arc, IMRT, and FFF |
| Kaiser NW Permanente | Portland, OR | TrueBeam with Eclipse, IMRT, and Rapid Arc |
| Nevada Cancer Institute | Las Vegas, NV | TrueBeam with Eclipse Rapid Arc, IMRT, and FFF |
| Rohnert Park Cancer Center | Rohnert Park, CA | Clinac iX and TrueBeam with Eclipse, Rapid Arc, IMRT, and FFF |
| South Sacramento Cancer Center | Sacramento, CA | TrueBeam with Eclipse, Rapid Arc, IMRT, FFF, and Portal Dosimetry |
| Space Coast Cancer Center | Viera, FL | TrueBeam with Eclipse, Rapid Arc, IMRT, and FFF |
| Vanderbilt-Ingram Cancer Center, Vanderbilt University | Franklin, TN | TrueBeam with Eclipse |

*Varian's Infringement is Willful and Continues to Harm Elekta*

32. Because the Accused Products meet each limitation of the Asserted Claims in the manner alleged above, and because Varian has had actual knowledge of the '843 Patent as of at least April 2014, Varian's infringement has been willful since then, if not before.

33. Varian's infringement of the '843 Patent has damaged Elekta, both by violating Elekta's right to exclude others from making, using, selling or offering to sell covered apparatuses in the U.S. and importing them into the U.S., but also because Elekta and Varian compete head-to-head in the U.S. in the field of radiotherapy systems. For example, Elekta's

Versa HD™ competes with Varian's TrueBeam and VitalBeam, and RapidArc competes with Elekta's Monaco™ with VMAT treatment planning solutions. Because no other comparable solutions are available, every infringing sale or lease of TrueBeam, VitalBeam or RapidArc represents a sale or lease that Elekta should otherwise have made or make.

34. For the reasons set forth in the preceding paragraph, Varian's continuing infringement of the '843 Patent irreparably harms Elekta. Elekta will continue to suffer irreparable harm absent entry of a permanent injunction enjoining Varian and its agents, servants, employees, representatives, affiliates, and all others acting with them, from infringing the '843 Patent.

## PRAYER FOR RELIEF

WHEREFORE, Elekta respectfully requests that the Court enter judgment in favor of Elekta and against Varian as follows:

A. Finding that Varian is and has been infringing the '843 Patent;

B. Permanently enjoining Varian and its affiliates, employees, agents, officers, directors, attorneys, successors, and assigns, and all those acting on behalf of or in active concert or participation with any of them, from infringing the '843 Patent;

C. Requiring that Varian render a full and complete accounting to Elekta for Varian's profits, gains, advantages or the value of business opportunities received from its acts of infringement;

D. Requiring that Varian pay Elekta damages, together with interest and costs as fixed by the court, to compensate Elekta for Varian's infringement of the '843 Patent;

E. Enhancing by three-fold the damages that Varian must pay Elekta pursuant to 35 U.S.C. § 284;

F.  Finding the case exceptional under 35 U.S.C. § 285 and requiring that Varian pay to Elekta all of its attorneys' fees and costs and expenses in this action;

G.  Awarding Elekta prejudgment interest, post-judgment interest, and costs; and

H.  Such other and further relief as the Court may deem appropriate.

## JURY DEMAND

Elekta respectfully demands a trial by jury on all issues raised by this Complaint that are properly triable by a jury.

Respectfully submitted,

OF COUNSEL:

David S. Elkins
Tamara D. Fraizer
SQUIRE PATTON BOGGS (US) LLP
600 Hansen Way
Palo Alto, CA 94304
Tel: (650) 856-6500

Christopher W. Adams
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
Tel: (202) 626-6600

John J. Thuermer
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, OH 44114
Tel: (216) 479-8500

Dated: February 12, 2016
1216414 / 43078

POTTER ANDERSON & CORROON LLP

By:   */s/ David E. Moore*
         David E. Moore (#3983)
         Bindu A. Palapura (#5370)
         Stephanie E. O'Byrne (#4446)
         Hercules Plaza, 6th Floor
         1313 N. Market Street
         Wilmington, DE 19801
         Tel: (302) 984-6000
         dmoore@potteranderson.com
         bpalapura@potteranderson.com
         sobyrne@potteranderson.com

*Attorneys for Plaintiff Elekta Ltd.*