AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 16-82

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Varian Medical Systems, Inc.
was received by me on *(date)* 02/12/2016 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lynanne Gares , who is designated by law to accept service of process on behalf of *(name of organization)* Corporation Service Co. 2711 Centerville Road, Wilmington, DE 19808 @ 3:20 pm on *(date)* 02/12/2016 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ ____ for travel and $ ____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/12/2016

*Server's signature*

Frank Joyce-Process Server
*Printed name and title*

230 N. Market Street
Wilmington, DE 19801
*Server's address*

Additional information regarding attempted service, etc:
Person served: Lynanne Gares-Cau. female, 35, 5'5", 150lbs, brown hair

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | | |
|---|---|---|
| Elekta Ltd. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 16-82 |
| Varian Medical Systems, Inc. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Varian Medical Systems, Inc.
c/o Corporation Service Company
2711 Centerville Road
Suite 400
Wilmington, Delaware 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David E. Moore (#3983)
Potter Anderson & Corroon LLP
1313 N. Market Street, Wilmington, DE 19801
(302) 984-6000
dmoore@potteranderson.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 02/12/2016

*Signature of Clerk or Deputy Clerk*