IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELEKTA LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No 16-082 (RGA) |
| | ) |
| VARIAN MEDICAL SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

## VARIAN MEDICAL SYSTEMS, INC.'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b), Defendant Varian Medical Systems, Inc. ("Varian") moves to dismiss Plaintiff Elekta Ltd.'s Complaint (D.I. 1) for failure to state a claim. The grounds for this motion are set forth in Varian's Opening Brief, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

_____
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com

*Attorneys for Varian Medical Systems, Inc.*

OF COUNSEL:

Sean S. Pak
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600

Victoria F. Maroulis
Yury Kapgan
Mark Tung
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
(650) 801-5000

Michael L. Niu
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Ave., 22nd Floor
New York, New York 10010
(212) 849-7000

March 25, 2016

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 25, 2016, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>Bindu A. Palapura, Esquire<br>Stephanie A. O'Byrne, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| David S. Elkins, Esquire<br>Tamara D. Fraizer, Esquire<br>SQUIRE PATTON BOGGS (US) LLP<br>600 Hansen Way<br>Palo Alto, CA  94304<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Christopher W. Adams, Esquire<br>SQUIRE PATTON BOGGS (US) LLP<br>2550 M Street, NW<br>Washington, DC  20037<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| John J. Thuermer, Esquire<br>Steven M. Auvil, Esquire<br>SQUIRE PATTON BOGGS (US) LLP<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH  44114<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ *Jeremy A. Tigan*
Jeremy A. Tigan (#5239)